UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL W. KELLER,<br><br>        Plaintiff<br><br>  v.<br><br>STATE OF NEVADA, et al.,<br><br>        Defendants | Case No. 3:25-cv-00042-MMD-CSD<br><br>ORDER |

  According to the Washoe County Detention Facility's inmate database, Plaintiff is no longer incarcerated.  However, Plaintiff has not filed an updated address with this Court.  The Court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1.  This Court grants Plaintiff until **July 18, 2025**, to file his updated address with this Court.  If Plaintiff does not update the Court with his current address by **July 18, 2025**, this case will be subject to dismissal without prejudice.

  For the foregoing reasons, it is ordered that Plaintiff will file an updated address with the Clerk of the Court by **July 18, 2025**.

  It is further ordered that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

  DATED: June 17, 2025.

                _____
                UNITED STATES MAGISTRATE JUDGE